CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 17 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| * *Eric Devon Day | ) | Case No: 7:96CR00011-001 * |
| | ) | USM No: 33177-037 |
| Date of Previous Judgment: October 15, 1998 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

AMENDED **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | _____ | | Amended Offense Level: | _____ | |
| Criminal History Category: | _____ | | Criminal History Category: | _____ | |
| Previous Guideline Range: | _____ to _____ | months | Amended Guideline Range: | _____ to _____ | months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was sentenced as a career offender and thus is ineligible for a reduction in sentence.

Except as provided above, all provisions of the judgment dated ___10/15/1998___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **3-17-08**

_____
Judge's signature

Effective Date: ~~3-17-08~~
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title